# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

v.                 **CASE NO. 4:17-CR-00313-BSM-09**

**RICARDO RIVERA**                                                      **DEFENDANT**

## ORDER

Ricardo Rivera's pro se motion to reduce his sentence [Doc. No. 1127] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not apply to his case. This is true because he had three criminal history points, not zero. Additionally, he did not receive "status points." Finally, Rivera's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 529 at 3. Because Rivera knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establishes that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 9th day of April, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE